805 A.2d 1206

IN THE MATTER OF MOSES V. RAMBARRAN,
AN ATTORNEY AT LAW.

September 16, 2002.

## ORDER

**MOSES V. RAMBARRAN** of **BRIAR CLIFF MANOR, NEW YORK,** who was admitted to the bar of this State in 1992, having pleaded guilty to a felony information filed in the United States District Court for the Southern District of New York which charged him with concealing a person from arrest in violation of 18 *U.S.C.A.* 1071, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MOSES V. RAMBARRAN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MOSES V. RAMBARRAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MOSES V. RAMBARRAN** comply with *Rule* 1:20–20 dealing with suspended attorneys.